**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Anthony Houlk Craven, Appellant.

Appellate Case No. 2020-000777

———————

Appeal From Berkeley County
Roger M. Young, Sr., Circuit Court Judge

———————

Unpublished Opinion No. 2021-UP-428
Submitted October 1, 2021 – Filed December 8, 2021

———————

**APPEAL DISMISSED**

———————

Appellate Defender Jessica M. Saxon, of Columbia, for
Appellant.

Matthew C. Buchanan, of South Carolina Probation,
Parole and Pardon Services, of Columbia, for
Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.